COMMONWEALTH of Pennsylvania, Respondent

v.

Alex Martin PETTIS, Petitioner

No. 381 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

Carl HUGHES, Ellen Hughes, Bruce Hughes and Margaret Hughes, Petitioners

v.

UGI STORAGE COMPANY, Respondent

No. 391 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Lamar Douglas CLARK, Petitioner

No. 361 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.